RECEIVED
IN ALEXANDRIA, LA

MAY 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NICK E. EUBANKS, INDIVIDUALLY, AND ON HIS BEHALF, BY HIS AGENT AND ATTORNEY-IN-FACT, VICKIE E. NEAL | * CIVIL ACTION NO. CV05-1532  A<br>*<br>* JUDGE TRIMBLE<br>*<br>* MAGISTRATE JUDGE KIRK |
| VERSUS | * |
| SHERIFF JAMES E. ("BUDDY") JORDAN, CHIEF DEPUTY GREGG DAVIES, WARDEN RAYMOND WHITTINGTON, WINN PARISH JAIL, WINN PARISH SHERIFF'S DEPARTMENT, AND WINN PARISH POLICE JURY | *<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER TO UNOPPOSED PLAN OF WORK

**IT IS HEREBY ORDERED** that the Unopposed Plan of Work is approved and adopted.

Alexandria, Louisiana, this _____ day of _____, 2007.

_____
JUDGE